ORIGINAL

**FILED**
FEB 26 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

| | |
|---|---|
| PUBLIC CITIZEN, INC., CONSUMERS FOR AUTO RELIABILITY AND SAFETY, and CONSUMER ACTION<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES<br><br>Defendant(s). | CASE NO. 08-0833 MHP<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Deepak Gupta, an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Public Citizen Litigation Group
1600 20th Street, N.W., Washington, DC 20009
(202) 588-1000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing all Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/27/08

United States District Judge
Marilyn H. Patel