| Clerk's Use Only |
|---|
| Initial for fee pd.: |

ORIGINAL

Deepak Gupta
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000

FILED
08 FEB 21 PM 4:36

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PUBLIC CITIZEN, INC., CONSUMERS
FOR AUTO RELIABILITY AND
SAFETY, and CONSUMER ACTION,

    Plaintiff(s),

v.

MICHAEL MUKASEY, ATTORNEY
GENERAL OF THE UNITED STATES

    Defendant(s).

CASE NO. CV-08-833 MHP

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Deepak Gupta, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing all plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Erica L. Craven
    Levy, Ram & Olson, LLP
    639 Front Street, 4th Floor
    San Francisco, CA 94111    415-433-4949

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2008

Deepak Gupta

# PROOF OF SERVICE

I, Cheryl F. Pritchard, state:

I am a citizen of the United States. My business address is 639 Front Street, Fourth Floor, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this mailing occurs. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as:

1. **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

2. **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the following person(s) in this action addressed as follows:

**BY U.S. MAIL:**

Deepak Gupta
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, D.C. 20009
*Attorney for Plaintiffs, pro hac vice pending*

United States Attorney
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Michael Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

X **BY FIRST CLASS MAIL - I am readily familiar with my firm's practices for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.**

☐ BY OVERNIGHT MAIL - I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

☐ BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

☐ BY PERSONAL SERVICE: - I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 21, 2008 at San Francisco, California.

*Cheryl F. Pritchard*
Cheryl F. Pritchard

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016892
Cashier ID: almaceh
Transaction Date: 02/21/2008
Payer Name: levy ram and olson
------------------------------------
PRO HAC VICE
 For: D GUPTA
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:     $210.00
------------------------------------
CHECK
 Check/Money Order Num: 12618
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C 08-0833 MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```