UNITED STATES DISTRICT COURT

Northern District of California

PUBLIC CITIZEN, INC., CONSUMERS
FOR AUTO RELIABILITY AND
SAFETY, and CONSUMER ACTION

             Plaintiff(s),

   v.

MICHAEL MUKASEY, ATTORNEY
GENERAL OF THE UNITED STATES

            Defendant(s).

_____/

**CASE NO.  08-0833 MHP**

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Deepak Gupta                        , an active member in good standing of the bar of

District of Columbia                 whose business address and telephone number

(particular court to which applicant is admitted)

is

Public Citizen Litigation Group
1600 20th Street, N.W., Washington, DC 20009
(202) 588-1000

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing all Plaintiffs

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                               _____
                               United States District    Judge
                               Marilyn H. Patel

UNITED STATES DISTRICT COURT
For the Northern District of California