# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

PUBLIC CITIZEN, INC.,

CONSUMERS FOR AUTO RELIABILITY
AND SAFETY, and

CONSUMER ACTION,

V.

MICHAEL MUKASEY, ATTORNEY
GENERAL OF THE UNITED STATES,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 0833 MHP

TO: (Name and address of defendant)

*Named Defendant Listed Above*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Erica L. Craven (SBN 199918)
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111-1913
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
elc@lrolaw.com
*Attorneys for Plaintiffs*

an answer to the complaint which is herewith served upon you, within *70* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

[signature] HELEN Y. ALMACEN
(BY) DEPUTY CLERK

FEB 6 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 2-6-08

Name of SERVER: John Phillips

TITLE:

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:

U.S. Attorney
450 Golden Gate Ave
San Francisco, Ca 94102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-6-08
            Date

Signature of Server: [signed]

Address of Server: 41 Sutter

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Erica L Craven, State Bar #199918
Levy, Ram & Olson
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949

Attorney for: Plaintiffs

United States District Court
Northern District of California

Plaintiff: Public Citizen, Inc., et al.

Defendant: Michael Mukasey, Attorney General of the United States

Ref #:                                                    Case #: CV 08-0833 MHP

## PROOF OF SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of the:
Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; U.S. District Court Northern California ECF Registration Information Handout; U.S. District Court, San Francisco Information Sheet

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party Served:    Michael Mukasey, Attorney General of the United States

By Serving:      Elsie Sato -- authorized to accept service

Address:         450 Golden Gate Avenue, 11th Floor
                 San Francisco, CA 94102

Date of Service: 2/6/08

Time of Service: 1:20 PM

Person Serving:
John Phillips
JoshCo. Attorney Services                    Fee for Service:
41 Sutter Street, #1861
San Francisco, CA 94104                      Registered California process server.
Phone: (415) 296-8174                        (1) Employee or Independent Contractor.
                                             (2) Registration no: 429
                                             (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/7/08                                 Signature: _____