Deepak Gupta (admitted *pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Telephone:  (202) 588-1000
Facsimile :  (202) 588-7795
dgupta@citizen.org

Erica L. Craven (SBN 199918)
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA  94111-1913
Telephone: (415) 433-4949
Facsimile:  (415) 433-7311
elc@lrolaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., <br><br>CONSUMERS FOR AUTO RELIABILITY AND SAFETY, and <br><br>CONSUMER ACTION, <br><br>    Plaintiffs, <br><br>    v. <br><br>MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES, <br><br>    Defendant. | Case No. CV 08 0833 MHP <br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

/ / /

/ / /

/ / /

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 named parties, there is no such interest to report.

3 Dated: April 17, 2008                    Respectfully submitted,

                                                */s/ Erica L. Craven*
Erica L. Craven (SBN 199918)
LEVY, RAM & OLSON
639 Front Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
elc@lrolaw.com

Deepak Gupta (admitted *pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Telephone: (202) 588-1000
Facsimile: (202) 588-7795
dgupta@citizen.org

*Attorneys for Plaintiffs*

Case No. 08-0833 MHP – CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    2