# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Public Citizen, Inc., Consumers for Auto
Reliability and Safety & Consumer Action

        Plaintiff(s),

    v.

Michael Mukasey

        Defendant(s).

CASE NO. 08-00833 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 5/12/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Deepak Gupta | Plaintiffs | 202-588-1000 | dgupta@citizen.org |
| Erica L. Craven | Plaintiffs | 415-433-4949 | elc@lrolaw.com |
| Diane Kelleher | Defendant | 202-514-4775 | diane.kelleher@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/21/08

                                                Attorney for Plaintiff

Dated: 4/21/08

                                                Diane Kelleher
                                                Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."