UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Public Citizen, et al.,

             Plaintiff(s),

      v.

Mukasey

             Defendant(s).
_____/

Case No. No. CV 08-0833 (MHP)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/21/2008

Dated: 4/21/2008

*Lisa Eley walsh*
[Party] on behalf of the FBI
as one of the components of the
*Diane Kelleher* Dept. of
[Counsel] Justice

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05