Deepak Gupta (*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
(202) 588-1000
(202) 588-7795 (fax)
Email: dgupta@citizen.org

Erica L. Craven (SBN 1999918)
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
(415) 433-4949
(415) 433-7311 (fax)
Email: elc@lrolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*,<br><br>　　　　　　Plaintiffs<br><br>　　v.<br><br>MICHAEL MUKASEY,<br><br>　　　　　　Defendant. | No. CV 08-0833<br><br>**MOTION TO ALLOW ONE OF PLAINTIFFS' ATTORNEYS TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE ON MAY 12, 2008**<br><br>**Date:**　　CMC, May 12, 2008<br>**Time:**　　4:00 p.m.<br>**Location:**　Courtroom 15, 18th Floor |

　　　　Plaintiffs Public Citizen, Inc., Consumers for Auto Reliability and Safety, and Consumer Action hereby move for leave to allow Deepak Gupta, one of plaintiffs' attorneys based in Washington, DC, to appear by telephone at the initial Case Management Conference on May 12, 2008, at 4:00 p.m.

　　　　Erica Craven, San Francisco-based counsel for the plaintiffs, will appear in person at the Case Management Conference. The parties have met and conferred and filed their Joint Case Management Statement. As the joint statement explains, the parties have not identified any significant disputes or outstanding issues relating to case management. Further, the parties do not believe there are any material factual disputes in this case and therefore do not believe that discovery or trial will be necessary.  The parties believe this case will likely be resolved on the

1 basis of dispositive motions if it is not first resolved through settlement, and have agreed to
2 engage in settlement discussions.

3     In light of Ms. Craven's in-person participation and the lack of any significant case-
4 management issues, plaintiffs do not believe that Mr. Gupta's in-person appearance will be
5 necessary.  If any legal or scheduling issues requiring Mr. Gupta's input should arise, however,
6 his telephone appearance would provide the Court with the benefit of that input.  Mr. Gupta's
7 telephone appearance would also spare the non-profit organizational plaintiffs from having to
8 incur unnecessary travel expenses.  Mr. Gupta's direct-dial telephone number is (202) 588-7739.

9     For the foregoing reasons, the plaintiffs respectfully request that the Court allow Deepak
10 Gupta to appear by telephone at the Case Management Conference on May 12, 2008.  A
11 Proposed Order to that effect is attached.

12 Dated: May 1, 2008                                          Respectfully submitted,

14                                                        */s/ Deepak Gupta*
                                                                      _____

16                                          Deepak Gupta (*pro hac vice*)
                                         PUBLIC CITIZEN LITIGATION GROUP
                                         1600 20th Street, NW
17                                          (202) 588-1000
                                         (202) 588-7795 (fax)
18                                          Email: dgupta@citizen.org

19                                          Erica L. Craven (SBN 1999918)
                                         LEVY, RAM & OLSON LLP
20                                          639 Front Street, 4th Floor
                                         San Francisco, CA 94111
21                                          (415) 433-4949
                                         (415) 433-7311 (fax)
22                                          Email: elc@lrolaw.com

23                                          *Attorneys for Plaintiffs Public Citizen, Inc.,*
                                         *Consumers for Auto Reliability and Safety,*
24                                          *and Consumer Action*

28 Public Citizen v. Mukasey, No. CV 08-0833,
*Motion for One of Plaintiffs' Attorneys to Appear by Telephone at Case Management Conference*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL MUKASEY, <br><br> Defendant. | No. CV 08-0833 <br><br> **[PROPOSED] ORDER GRANTING LEAVE TO APPEAR BY TELEPHONE** |

    The motion of plaintiffs Public Citizen, Inc., Consumers for Auto Reliability and Safety, and Consumer Action for leave to allow Deepak Gupta, one of plaintiffs' attorneys based in Washington, DC, to appear by telephone at the initial Case Management Conference on May 12, 2008, at 4:00 p.m., is hereby GRANTED. San Francisco-based counsel for the plaintiffs, Erica Craven, shall appear in person. Mr. Gupta, whose direct-dial number is (202) 588-7739, shall appear by telephone.

IT IS SO ORDERED.


Date:  May _____, 2008          _____

                                                   THE HONORABLE MARILYN HALL PATEL,
                                                   UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2008, I electronically filed the foregoing motion and proposed order with the Clerk of the Court, using the Court's CM/ECF system, which is designed to send notification to the counsel of record in this matter who are registered on the CM/ECF system.

\s\ *Deepak Gupta*
_____