# LEVY, RAM & OLSON LLP
ATTORNEYS

May 7, 2008

**E-FILING**

Chambers of the Hon. Marilyn Hall Patel
Courtroom 15, 18th Floor
450 Golden Gate Ave
San Francisco, California 94102

    Re:   *Public Citizen, Inc. et al. v. Michael Mukasey*, **CV 08-0833 MHP**
            **Telephonic CMC Appearance on May 13, 2008 at 10:00 a.m.**

     This is to confirm that the parties to this action have agreed to appear by telephone for the Court's initial case management conference, to be held on May 13, 2008 at 10:00 a.m. PST.

                                      Respectfully submitted,

                                      Erica L. Craven
                                      LEVY, RAM & OLSON LLP
                                      *Counsel for Plaintiffs*

ELC:cfp