**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 13, 2008

Case No.   C 08-0833  MHP                    Judge: MARILYN H. PATEL

Title: PUBLIC CITIZEN INC et al -v- MICHAEL MUKESEY et al

Attorneys:  Plf: Deepak Gupta, Erica Craven
            Dft: Diane Kelleher

Deputy Clerk:  Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)   Telephonic Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Matter referred to ADR for mediation, to be completed within the next 60 to 90 days; Defendant to provide "record" within 30 days;

Briefing schedules as follows:

	Motions for Summary Judgment to be filed by 8/11/2008;
	Oppositions to be filed by 9/1/2008;
	Replies to be filed by 9/8/2008 (no replies if cross motions filed);
	Motion(s) to be heard 2:00 pm on 9/22/2008.