| | |
|---|---|
| DEEPAK GUPTA | GREGORY G. KATSAS |
| Public Citizen Litigation Group | Acting Assistant Attorney General |
| 1600 20th Street, NW | JOSEPH P. RUSSONIELLO |
| Washington, DC 20009 | United States Attorney |
| Tel: 202-588-1000 | SANDRA M. SCHRAIBMAN |
| Fax: 202-588-7795 | Assistant Branch Director |
| e-mail: dgupta@citizen.org | DIANE KELLEHER (N.Y Registration No. 2879328) |
| (admitted pro hac vice) | Senior Counsel |
| | United States Department of Justice |
| ERICA L. CRAVEN (SBN 199918) | Civil Division, Federal Programs Branch |
| Levy, Ram & Olson LLP | 20 Massachusetts Ave., N.W., Room 7318 |
| 639 Front Street | P.O. Box 883 |
| 4th Floor | Washington, DC 20044 |
| San Francisco, CA 94111 | Tel: 202-514-4775 |
| Tel: 415-433-4949 | Fax: 202-616-8470 |
| Fax: 415-433-7311 | e-mail: Diane.Kelleher@usdoj.gov |
| e-mail: elc@lrolaw.com | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES <br><br> Defendant. | No. CV 08-0833 (MHP) <br><br> **STIPULATION AND PROPOSED ORDER REGARDING REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE** |

COME NOW THE PARTIES, by and through their undersigned counsel, and HEREBY stipulate as follows:

1. After the case management conference on May 13, 2008, the parties discussed the Judge's suggestion of referral to a magistrate for a settlement conference.

2. In light of the nature of this case, and the parties' expectation that it should be resolved through settlement negotiations, the parties agree that a referral to a magistrate judge experienced with Administrative Procedure Act matters would be the best and most efficient way forward.

1    3.   Based on prior experience in Administrative Procedure Act matters, and the parties' discussions, the parties would prefer, if possible, a referral to Magistrate Judges Laporte, James or Chen.

4.   The Court's May 14, 2008 order provided that mediation should be completed within the next 60 to 90 days, so the parties would request that the referral to and conference with a Magistrate Judge take place in the same timeframe.

IT IS SO AGREED AND STIPULATED.

Dated: May 14, 2008              DEEPAK GUPTA
                                 Public Citizen Litigation Group

                                 ERICA L. CRAVEN
                                 Levy, Ram & Olson LLP

                                 By:   /S/
                                 DEEPAK GUPTA

                                 *Counsel for Plaintiffs*

Dated: May 14, 2008              JEFFREY S. BUCHOLTZ
                                 Acting Assistant Attorney General
                                 SANDRA M. SCHRAIBMAN
                                 Assistant Branch Director

                                 By:   /S/
                                 DIANE KELLEHER
                                 Department of Justice

                                 *Counsel for Defendant*

I, Diane Kelleher, as the electronic filer, attest pursuant to General Order 45, Section X, that Deepak Gupta, whose name appears above, has concurred in this filing.

Dated: May 14, 2008                     /S/
                                 DIANE KELLEHER
                                 Counsel for Defendant

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Stipulation and Proposed Order Regarding Referral to a Magistrate Judge for a Settlement Conference

**PROPOSED ORDER**

The Court orders that this case is referred to _____ for a settlement conference within 60 to 90 days from the date of this order, and that the May 14, 2008 referral to the Court's sponsored mediation program is vacated.

DATED:_____    _____

JUDGE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Stipulation and Proposed Order Regarding Referral to a Magistrate Judge for a Settlement Conference