DEEPAK GUPTA
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
Tel: 202-588-1000
Fax: 202-588-7795
e-mail: dgupta@citizen.org
(admitted pro hac vice)

ERICA L. CRAVEN (SBN 199918)
Levy, Ram & Olson LLP
639 Front Street
4th Floor
San Francisco, CA 94111
Tel: 415-433-4949
Fax: 415-433-7311
e-mail: elc@lrolaw.com

GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SANDRA M. SCHRAIBMAN
Assistant Branch Director
DIANE KELLEHER (N.Y Registration No. 2879328)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7318
P.O. Box 883
Washington, DC 20044
Tel: 202-514-4775
Fax: 202-616-8470
e-mail: Diane.Kelleher@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES<br><br>Defendant. | No. CV 08-0833 (MHP)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE** |

COME NOW THE PARTIES, by and through their undersigned counsel, and HEREBY stipulate as follows:

1. After the case management conference on May 13, 2008, the parties discussed the Judge's suggestion of referral to a magistrate for a settlement conference.

2. In light of the nature of this case, and the parties' expectation that it should be resolved through settlement negotiations, the parties agree that a referral to a magistrate judge experienced with Administrative Procedure Act matters would be the best and most efficient way forward.

3. Based on prior experience in Administrative Procedure Act matters, and the parties' discussions, the parties would prefer, if possible, a referral to Magistrate Judges Laporte, James or Chen.

4. The Court's May 14, 2008 order provided that mediation should be completed within the next 60 to 90 days, so the parties would request that the referral to and conference with a Magistrate Judge take place in the same timeframe.

IT IS SO AGREED AND STIPULATED.

Dated: May 14, 2008

DEEPAK GUPTA
Public Citizen Litigation Group

ERICA L. CRAVEN
Levy, Ram & Olson LLP

By:  /S/
DEEPAK GUPTA

*Counsel for Plaintiffs*

Dated: May 14, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SANDRA M. SCHRAIBMAN
Assistant Branch Director

By:  /S/
DIANE KELLEHER
Department of Justice

*Counsel for Defendant*

I, Diane Kelleher, as the electronic filer, attest pursuant to General Order 45, Section X, that Deepak Gupta, whose name appears above, has concurred in this filing.

Dated: May 14, 2008

 /S/
DIANE KELLEHER
Counsel for Defendant

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Stipulation and Proposed Order Regarding Referral to a Magistrate Judge for a Settlement Conference

1 **~~PROPOSED~~ ORDER**

2   The Court orders that this case is referred to Magistrate Judge Elizabeth D. Laporte for a settlement conference within 60 to 90 days from the date of this order, and that the May 14, 2008 referral to the Court's sponsored mediation program is vacated.

DATED: May 16, 2008



JUDGE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

---

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Stipulation and Proposed Order Regarding Referral to a Magistrate Judge for a Settlement Conference