1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  SANDRA M. SCHRAIBMAN
   Assistant Branch Director
3  DIANE KELLEHER
   Senior Counsel
4  United States Department of Justice
   Civil Division, Federal Programs Branch
5  20 Massachusetts Ave., N.W., Room 7318
   P.O. Box 883
6  Washington, DC 20044
   (202) 514-4775
7  (202) 616-8470 (fax)

8  *Attorneys for Michael Mukasey, Attorney*
   *General of the United States*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES <br><br> Defendant. | No. CV 08-0833 (MHP) <br><br> **PARTIES' STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE ADMINISTRATIVE RECORD** |

Pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 6(a), the parties stipulate that the deadline for Defendant to file the administrative record is extended to, and shall include, Tuesday, June 17, 2008. The stipulation is necessary to accommodate the logistical difficulties faced by Defendant in preparing the record for filing as a result of the widespread June 13, 2008 power outage in downtown Washington D.C. Entry into this stipulation does not alter any hearing date or other deadline fixed by Court order.

IT IS SO AGREED AND STIPULATED.

Dated: June 13, 2008

DEEPAK GUPTA
Public Citizen Litigation Group

ERICA L. CRAVEN
Levy, Ram & Olson LLP

By:   /S/
DEEPAK GUPTA

Counsel for Plaintiffs

Dated: June 13, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General
SANDRA M. SCHRAIBMAN
Assistant Branch Director

By:   /S/
DIANE KELLEHER
Department of Justice

Counsel for Defendant

I, Diane Kelleher, as the electronic filer, attest that Deepak Gupta, whose name appears above, has concurred in this filing.

Dated: June 13, 2008

/S/
DIANE KELLEHER
Counsel for Defendant

**ORDER**

The Court orders that the Defendant shall have until June 17, 2008, to file the administrative record in Case No. 3:08-cv-833.

DATED:_____          _____

JUDGE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Parties' Stipulation Extending Time for
Defendants to File the Administrative Record