```
GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SANDRA M. SCHRAIBMAN
Assistant Branch Director
DIANE KELLEHER (N.Y Registration No. 2879328)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7318
P.O. Box 883
Washington, DC 20044
Tel:  202-514-4775
Fax:  202-616-8470
e-mail: Diane.Kelleher@usdoj.gov
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES <br><br> Defendant. | No. CV 08-0833 (MHP) <br><br> **MANUAL FILING NOTIFICATION** |

**Regarding: DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly (a copy has been sent via Federal Express to Deepak Gupta, counsel for Plaintiffs in this action; Mr. Gupta indicated that his co-counsel, Erica Craven, did not need a copy of the foregoing). For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

**[X]** Voluminous Document (PDF file size larger than the efiling system allows)

Dated: June 16, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

GREGORY G. KATSAS
Acting Assistant Attorney General

SANDRA M. SCHRAIBMAN
Assistant Branch Director

　　　　/s/ Diane Kelleher
DIANE KELLEHER
Senior Counsel
Department of Justice
Civil Division, Federal Programs Branch

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., NW, Room 7318
Washington, D.C. 20004

E-mail address: Diane.Kelleher@usdoj.gov

*Attorneys for Defendant, Attorney General Michael Mukasey*

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Manual Filing Notification