GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SANDRA M. SCHRAIBMAN
Assistant Branch Director
DIANE KELLEHER (N.Y Registration No. 2879328)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7318
P.O. Box 883
Washington, DC 20044
Tel: 202-514-4775
Fax: 202-616-8470
e-mail: Diane.Kelleher@usdoj.gov

FILED
JUN 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES <br><br> Defendant. | No. CV 08-0833 (MHP) <br><br> **NOTICE OF FILING OF ADMINISTRATIVE RECORD** |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant Michael Mukasey, Attorney General of the United States, hereby files an Administrative Record as described in the Index set forth below.

Dated: June 16, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

GREGORY G. KATSAS
Acting Assistant Attorney General

SANDRA M. SCHRAIBMAN
Assistant Branch Director



DIANE KELLEHER
Senior Counsel
Department of Justice
Civil Division, Federal Programs Branch

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., NW, Room 7318
Washington, D.C. 20004

E-mail address: Diane.Kelleher@usdoj.gov

*Attorneys for Defendant, Attorney General Michael Mukasey*

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Notice of Filing of Administrative Record

-2-

## INDEX OF ADMINISTRATIVE RECORD

| DOCUMENT DESCRIPTION | BATES RANGES |
|---|---|
| Certification of James H. Burch, II, Bureau of Justice Assistance, Department of Justice | |
| Communications with various NMVTIS stakeholders | AR 0001-AR 0043 |
| Materials related to NMVTIS law enforcement working group | AR 0055-AR 0129 |
| Charts related to state participation in NMVTIS and NMVTIS grants awarded | AR 0130-AR 0142, AR 2303 |
| NMVTIS Presentations | AR 0143-AR 0286 |
| Statement of Work/Request for Proposals for Cost-Benefit Analysis of NMVTIS | AR 0287-AR 0295 |
| Communications with states | AR 0296 -AR 0412 |
| Statutory provisions | AR 0413-AR 0428 |
| NMVTIS Reports | AR 0429-AR 1928 |
| AAMAVA Grant Progress Reports | AR 1929-AR 2302 |
| Communications with AAMVA | AR 2304-AR 2371 |
| Materials related to AAMVA's Department of Justice grants | AR 2372-AR 2917 |
| Congressional correspondence | AR 2918-AR 2919 |
| NMVTIS preliminary evaluation | AR 2925-AR 2932 |
| Materials related to AAMVA's Department of Justice grants | AR 2933-AR 3132 |
| Certification of Ryan T. Toole, Federal Bureau of Investigation | AR2 0001 |
| FBI Deletion Codes | AR2 0002 |
| Criminal Investigative Division Materials (correspondence and memos) related to NMVTIS | AR2 0003-AR2 |
| NMVTIS Presentations | AR2 0061-AR2 0096 |

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Notice of Filing of Administrative Record

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2008, I caused a true copy of the foregoing Notice of Filing of Administrative Record and accompanying documents to be served on plaintiffs' counsel (Mr. Deepka Gupta) via Federal Express at the address below; the foregoing was not filed electronically because the file size was too large for the Court's maximum limit on ECF filings (5.0 MB).

Deepak Gupta, Esq.
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

Mr. Gupta indicated that his co-counsel, Erica Craven, did not need a copy of the foregoing.

*Diane Kelleher*

Diane Kelleher

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Notice of Filing of Administrative Record

- 4 -