**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

## CIVIL MINUTES

Date:  July 25, 2008         Time: 4 hours

Case No:  **C-**08-0833 MHP (EDL)

Case Name:  **Public Citizen, Inc. v. Michael Mikasey**

   Deputy Clerk:  Lili M. Harrell        Court Reporter:

   Attorneys:  Pltf:  Erica Craven, Deepak Gupta
                   Deft: Diane Kelleher

---

### PROCEEDINGS

[X]   SETTLEMENT CONFERENCE        []   FURTHER SETTLEMENT CONFERENCE

   []   Case settled

   [X]   Did not settle

   []   Partial settlement

[]   DISCOVERY CONFERENCE

[]   STATUS CONFERENCE RE:_____

[]   TELEPHONIC CONFERENCE RE:_____

[]   OTHER:_____

CASE CONTINUED TO:_ FOR _

NOTES:   Parties shall submit letter update to this Court regarding continued settlement discussions. Letter update may be joint or separate as parties prefer and shall be submitted by August 8, 2008.