1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  SANDRA M. SCHRAIBMAN
   Assistant Branch Director
3  DIANE KELLEHER
   Senior Counsel
4  United States Department of Justice
   Civil Division, Federal Programs Branch
5  20 Massachusetts Ave., N.W., Room 7318
   P.O. Box 883
6  Washington, DC 20044
   (202) 514-4775
7  (202) 616-8470 (fax)

8  *Attorneys for Michael Mukasey, Attorney*
   *General of the United States*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES <br><br> Defendant. | No. CV 08-0833 (MHP) <br><br> **PARTIES' STIPULATION EXTENDING TIME FOR FILING OF DISPOSITIVE MOTIONS** |

     Pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 6-2, the parties stipulate that the deadline for the parties to file dispositive motions is extended by one day, from August 11, 2008 to August 12, 2008. The stipulation is necessary to accommodate Defendant due to an out-of-town and unreachable declarant. Entry into this stipulation does not alter any hearing date or other deadline fixed by Court order. A Declaration by Diane Kelleher, counsel for Defendant, in support of the stipulation is attached hereto as Exhibit 1, as required by Local Civil Rule 6-2(a).

IT IS SO AGREED AND STIPULATED.

Dated: August 11, 2008

    DEEPAK GUPTA
    Public Citizen Litigation Group

    ERICA L. CRAVEN
    Levy, Ram & Olson LLP

    By: _/S/_
    DEEPAK GUPTA

    Counsel for Plaintiffs

Dated: August 11, 2008

    GREGORY G. KATSAS
    Assistant Attorney General
    SANDRA M. SCHRAIBMAN
    Assistant Branch Director

    By: _/S/_
    DIANE KELLEHER
    Department of Justice

    Counsel for Defendant

I, Diane Kelleher, as the electronic filer, attest that Deepak Gupta, whose name appears above, has concurred in this filing.

Dated: August 11, 2008

    _/S/_
    DIANE KELLEHER
    Counsel for Defendant

## **ORDER**

The Court orders that the parties shall have until August 12, 2008, to file dispositive motions in Case No. 3:08-cv-833.

DATED:_____

    _____
    JUDGE MARILYN HALL PATEL
    UNITED STATES DISTRICT JUDGE

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Parties' Stipulation Extending Time for
Filing of Dispositive Motions

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Parties' Stipulation Extending Time for
Filing of Dispositive Motions

**EXHIBIT 1**

GREGORY G. KATSAS
Assistant Attorney General
SANDRA M. SCHRAIBMAN
Assistant Branch Director
DIANE KELLEHER
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7318
P.O. Box 883
Washington, DC 20044
(202) 514-4775
(202) 616-8470 (fax)

*Attorneys for Michael Mukasey, Attorney General of the United States*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES <br><br> Defendant. | No. CV 08-0833 (MHP) <br><br> **DECLARATION OF DIANE KELLEHER** |

**DECLARATION OF DIANE KELLEHER**

1. I am a senior counsel in the Federal Programs Branch of the Civil Division of the United States Department of Justice. The statements in this declaration are based on my personal knowledge.

2. I make this declaration in support of the parties' stipulation to extend the time for the filing of dispositive motions by one day, from August 11, 2008 to August 12, 2008.

3. The stipulation is necessary to accommodate Defendant due to an out-of-town and unreachable declarant.

4. This is the first extension either party has sought with respect to the motion deadlines set by the Court in its May 13, 2008 Order.

5. The dates for the parties' oppositions and motion hearing will not change as a result of this extension.

In accordance with 28 U.S.C. 1746, I declare and affirm under penalty of perjury that the foregoing is true and correct.

Executed at Washington, District of Columbia, this 11th day of August, 2008.


          /S/ Diane Kelleher

DIANE KELLEHER

*Attorney*

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Declaration of Diane Kelleher

- 2 -