GREGORY G. KATSAS
Acting Assistant Attorney General
SANDRA M. SCHRAIBMAN
Assistant Branch Director
DIANE KELLEHER
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7318
P.O. Box 883
Washington, DC 20044
(202) 514-4775
(202) 616-8470 (fax)

*Attorneys for Michael Mukasey, Attorney General of the United States*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br>　　　　Plaintiffs <br><br>　　v. <br><br>MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES <br><br>　　　　Defendant. | No. CV 08-0833 (MHP) <br><br>**PARTIES' STIPULATION EXTENDING TIME FOR FILING OF DISPOSITIVE MOTIONS** |

　　　　Pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 6-2, the parties stipulate that the deadline for the parties to file dispositive motions is extended by one day, from August 11, 2008 to August 12, 2008. The stipulation is necessary to accommodate Defendant due to an out-of-town and unreachable declarant. Entry into this stipulation does not alter any hearing date or other deadline fixed by Court order. A Declaration by Diane Kelleher, counsel for Defendant, in support of the stipulation is attached hereto as Exhibit 1, as required by Local Civil Rule 6-2(a).

IT IS SO AGREED AND STIPULATED.

Dated: August 11, 2008

    DEEPAK GUPTA
    Public Citizen Litigation Group

    ERICA L. CRAVEN
    Levy, Ram & Olson LLP

    By: _____/S/_____
    DEEPAK GUPTA

    Counsel for Plaintiffs

Dated: August 11, 2008

    GREGORY G. KATSAS
    Assistant Attorney General
    SANDRA M. SCHRAIBMAN
    Assistant Branch Director

    By: _____/S/_____
    DIANE KELLEHER
    Department of Justice

    Counsel for Defendant

I, Diane Kelleher, as the electronic filer, attest that Deepak Gupta, whose name appears above, has concurred in this filing.

Dated: August 11, 2008

    _____/S/_____
    DIANE KELLEHER
    Counsel for Defendant

## **ORDER**

The Court orders that the parties shall have until August 12, 2008, to file dispositive motions in Case No. 3:08-cv-833.

DATED: 8/13/2008

    _____
    JUDGE
    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Public Citizen v. Mukasey, No. CV 08-0833 (MHP),
Parties' Stipulation Extending Time for
Filing of Dispositive Motions