GREGORY G. KATSAS
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SANDRA M. SCHRAIBMAN
Assistant Branch Director
DIANE KELLEHER
Senior Counsel
PETER D. LEARY Virginia Bar No. 71196
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7322
P.O. Box 883
Washington, D.C. 20044
(202) 514-3313
(202) 616-8470 (fax)
Email: Peter.Leary@usdoj.gov

*Attorneys for Michael Mukasey, Attorney General of the United States*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES, <br><br> Defendant. | No. CV 08-0833 (MHP) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Peter D. Leary, Esq., will be appearing in this action on behalf of Defendant Hon. Michael Mukasey, Attorney General of the United States.

Dated: August 15, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Branch Director

DIANE KELLEHER
Senior Counsel

    /s/ **Peter D. Leary**
PETER D. LEARY Virginia Bar #71196
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7322
P.O. Box 883
Washington, D.C. 20044
(202) 514-3313
(202) 616-8470 (fax)
Email: Peter.Leary@usdoj.gov

*Attorneys for Attorney General Michael Mukasey*