JOSEPH P. RUSSONIELLO
United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-6730
(415) 436-6748 (fax)

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SANDRA M. SCHRAIBMAN
Assistant Branch Director
DIANE KELLEHER
Senior Counsel
PETER D. LEARY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7318
P.O. Box 883
Washington, DC 20044
(202) 514-4775
(202) 616-8470 (fax)
Email: diane.kelleher@usdoj.gov

*Attorneys for Defendant Michael Mukasey,
Attorney General of the United States*

DEEPAK GUPTA
Public Citizen Litigation Group
1600 20th Street, NW
(202) 588-1000
(202) 588-7795 (fax)
Email: dgupta@citizen.org

ERICA L. CRAVEN
Levy, Ram & Olson LLP
639 Front Street
4th Floor
San Francisco, CA 94111
(415) 433-4949
(415) 433-7311 (fax)
Email: elc@lrolaw.com

*Attorneys for Plaintiffs Public Citizen, Inc.,
Consumers for Auto Reliability and Safety,
and Consumer Action*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL MUKASEY, <br><br> Defendant. | No. CV 08-0833 <br><br> **JOINT STATEMENT OF UNDISPUTED FACTS** |

### JOINT STATEMENT OF UNDISPUTED FACTS

Pursuant to this Court's Standing Orders and Local Civil Rule 56-2(b), the parties hereby stipulate that the following facts are undisputed:

1. The Attorney General has not issued the regulations called for by 49 U.S.C. § 30504(c).

2. The Attorney General has not established a commencement date for the monthly reporting of information to the National Motor Vehicle Title Information System by insurance carriers and

1  junk and salvage yard operators.

2  3.     The Attorney General has not provided prospective purchasers of automobiles with access
3  to the National Motor Vehicle Title Information System.

5  September 2, 2008

7  */s/ Deepak Gupta*                                   */s/ Diane Kelleher*

8  DEEPAK GUPTA                                         DIANE KELLEHER
   Public Citizen Litigation Group                      Senior Counsel
   1600 20th Street, NW
9  (202) 588-1000                                       Mailing Address:
   (202) 588-7795 (fax)                                 Post Office Box 883
10 Email: dgupta@citizen.org                            Washington, D.C.  20044

11                                                      Courier Address:
                                                        20 Massachusetts Ave., NW, Room 7318
12                                                      Washington, D.C. 20004

13                                                      (202) 514-4775
                                                        (202) 616-8470 (fax)
14                                                      E-mail: diane.kelleher@usdoj.gov

15 *Attorney for Plaintiffs Public Citizen, Inc.,*      *Attorney for Defendant Michael Mukasey,*
   *Consumers for Auto Reliability and Safety,*        *Attorney General of the United States*
16 *and Consumer Action*

18     I, Deepak Gupta, as the electronic filer, attest that Diane Kelleher, whose name appears
19 above, has concurred in this filing.

20                                                     \s\ *Deepak Gupta*
21                                                     _____

28 Public Citizen v. Mukasey, No. CV 08-0833,
   Joint Statement of Undisputed Facts

1

**CERTIFICATE OF SERVICE**

2  I hereby certify that on September 2, 2008, I electronically filed the foregoing Joint Case

3 Management Statement with the Clerk of the Court, using the CM/ECF system, which will send

4 notification of such filing to the counsel of record in this matter who are registered on the

5 CM/ECF system.

6

7                                                                               \s\ *Deepak Gupta*
                                                                    _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Public Citizen v. Mukasey, No. CV 08-0833,
Joint Statement of Undisputed Facts