08/28/2008 12:04 8087569165 PAGE 02
Case 3:08-cv-00833-MHP    Document 33    Filed 09/02/2008    Page 1 of 10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., | Case No. CV 08-0833 (MHP) |
| CONSUMERS FOR AUTO RELIABILITY AND SAFETY, and | DECLARATION OF MARY AND ROBERT ELLSWORTH |
| CONSUMER ACTION, | |
| Plaintiffs, | |
| v. | |
| MICHAEL MUKASEY, Attorney General of the United States, | |
| Defendant. | |

**DECLARATION OF MARY AND ROBERT ELLSWORTH**

We, Mary Ellsworth and Robert Ellsworth, hereby declare as follows:

1. We live at 997 Kukuau Street, Hilo, Hawaii 96720.

2. We are both members of Consumers for Auto Reliability and Safety (CARS). We are making this declaration in support of CARS' lawsuit, on behalf of its consumer members, to compel the federal government to implement the National Motor Vehicle Title Information System.

3. We are planning to purchase a used car. Before we purchase our next car, we want to know as much as possible about the car's history, particularly whether the car has ever been stolen or deemed a "junk" or "salvage" vehicle. We believe that

DECLARATION OF MARY ELLSWORTH AND ROBERT ELLSWORTH Page 1

whether a vehicle was totaled in a wreck or flood is the single most important piece of information for any used car buyer, or anyone who may ride in such a vehicle, to know. Prior damage can have an enormous impact on whether a vehicle is as safe as the crash tests results indicate, or is a ticking timebomb.

4. We know from a personal tragedy that struck our family that a vehicle's total loss history is vitally essential to know, even if it is not your own car. In July 2003, our oldest son Bobby was riding as a passenger in the front seat of his friend's pickup truck. The truck ended up in a head-on collision with a BMW. All the other people involved in the crash, including the driver of the truck and the driver and passengers in the BMW, survived, but Bobby was killed.

5. We were informed afterwards that the truck Bobby was riding in had already been in a severe frontal crash, and the air bags had deployed. We were told that the insurer for the truck totaled it, and then it was sold at an auction. We were also informed that when the truck was rebuilt, the air bags were not replaced. An expert has opined that he believes Bobby would have lived if the airbags had been properly replaced.

6. After our son's death, *Reader's Digest* interviewed us and published a front-page report warning the public about the hazards of air bag frauds. The article reported that "although there aren't reliable statistics on how often this deadly scam occurs, 'it's bad and it's getting worse.'" Mandy Matson, "Dashboard Danger," *Reader's Digest*, February 2008.

DECLARATION OF MARY ELLSWORTH AND ROBERT ELLSWORTH Page 2

7. We firmly believe that easy access to a complete, reliable, up-to-date, readily affordable national database is essential for car buyers to know if a vehicle was totaled and needs to be given extra-careful scrutiny before purchase, or avoided altogether. Better yet, that vital information from the database should be fully disclosed up front, in advertising and right on each used car.

8. We have another son. Before we purchase a vehicle for him, we want to know its complete history and particularly whether it was ever totaled in a crash, flood, or other incident. We strongly urge our government to do its job to prevent tragedies like the one we have suffered from happening to other families by issuing the long-overdue rules for timely disclosure about totaled vehicles, without further delay.

We declare under penalty of perjury that the foregoing is true and correct.

Executed at Hilo, Hawaii, on August 29, 2008.

*Robert Ellsworth*

*Mary Ellsworth*

Airbag scams are on the rise. Here's what you need to know.

# Dashboard Danger

BY MANDY MATSON

**When Mary Ellsworth** awoke one morning, she noticed her son Bobby's double-cab Toyota was still in the driveway. He must have slept over at a friend's house, she thought. Mary and her husband, Bob, had always urged Bobby to stay put when he was tired and out late. "Thank God he didn't drive," she told herself.

It was July 2003, a mere month after two milestones: Bobby's 18th birthday and his high school graduation. Mary was pleased that her outdoors-loving son was having a near-perfect summer, fishing and working as a groundskeeper at a golf course.

Her joy ended, though, when she answered the phone at 8 a.m. It was the San Diego medical examiner; Bobby was in the county morgue.

The Ellsworths learned that Bobby and 18-year-old Waylon Blocker had been visiting friends outside San Diego. Bobby was riding shotgun in Blocker's pickup truck. At

1:50 a.m., they headed home to Jamul, California, on a two-lane rural road. Blocker crossed the center line and slammed head-on into a BMW with a driver and three passengers inside. Everyone sustained serious injuries; only Bobby's were fatal.

But it was one shocking discovery that "really put the knife in our hearts," says Bob Ellsworth. "The state police told us no airbags deployed in the truck because there *were* no airbags. Instead the compartments were stuffed with paper. Everyone on the scene—the police, EMTs, firefighters—couldn't believe what they were seeing."

**Bobby Ellsworth** was the victim of airbag fraud. In many cases, crooked body shops looking to make a quick buck replace a deployed airbag with a used one or the wrong type. Or, as in the Ellsworth case, the compartment is filled with junk, literally, then resealed. And tragically, even though Bobby wasn't wearing a seat belt, had there been an airbag in that truck, "it would have saved his life," says Kenneth Alvin Solomon, PhD, a forensic scientist with the Institute of Risk and Safety Analysis.

Although there aren't reliable statistics on how often this deadly scam occurs, "it's bad and it's getting worse," says Aaron Cobb of the Special Investigations Unit for Farmers Insurance. Consider these tragic cases:

In 2003 a driver was seriously injured, and her mother, who was in the front passenger seat, died in a head-on collision. The car was a salvaged vehicle that had been rebuilt, but the driver had no way of knowing that someone had removed the driver-side airbag. What's more, the passenger-side airbag was inoperative—it had

## The Switch
How junked cars end up back on the road with used airbags—or none at all.



After a front-end collision and airbag deployment, the owner's insurance company declares the car totaled and submits the title to the state, where the claim is filed. The title is branded a total loss.



The insurer sends the car to a salvage auction. A crooked rebuilder buys the car, makes cosmetic repairs and replaces the deployed airbags with stolen or used ones—or with junk (cans, sneakers, rags).

170

deployed in a previous accident and simply been jammed back in the compartment.

Det. Tom Burke of the NYPD Auto Crimes Division remembers a grim investigation in 2005 involving five teens on the Throgs Neck Expressway in New York City whose used car veered off the road and hit a tree. Two died. The owner didn't know the vehicle had been in an accident that caused the airbags to deploy. "Whoever fixed the car bought the airbags off the Internet and didn't install them correctly," Burke says. "If the job had been done right, these kids wouldn't have died. People believe replacing an airbag is like replacing any other part in a car."

It's not. An airbag is designed for a particular make, model, year and location in the car. After a bag has deployed, it should be replaced with a new one and connected to the designated onboard computer by an expert.

"Getting the right airbag placed properly into a car is almost like neurosurgery," cautions James Quiggle of the Coalition Against Insurance Fraud. That's why the Automotive Occupant Restraint Council (AORC) recommends using only the original car manufacturer's replacement parts. Yet if you go on the Internet, you'll find several thousand airbags for sale; on eBay, there are starting bids as low as 99 cents.

## Cons for Cash

"Every alarm bell says airbag fraud is widespread, persistent and deadly," says Quiggle. You're vulnerable to these swindles whenever you buy a used vehicle or send a wrecked one for repairs. After a con artist makes the switch, he pockets the insurance

ILLUSTRATED BY JASON LEE



What's total loss? States disagree, so a rebuilder washes the title of its history by sending the car to a state that has more lenient standards and where it's easier to get a clean title.



The car is advertised as being in good condition.



The buyer has problems with the car and gets it inspected, or the car is in an accident. The buyer then learns the car was a salvaged wreck. The airbags don't work or they're missing altogether.



### Inside a Lifesaver

- Storage compartment
- Inflation system
- Sensor
- Nitrogen gas
- Inflated airbag

Airbags are part of a complex system controlled by an onboard computer. A sensor detects a collision force and sends a signal to the inflation system, igniting a propellant that burns rapidly enough to produce nitrogen gas. This causes the thin, folded nylon bag to inflate and burst from its storage compartment, slowing an occupant's forward motion in a fraction of a second.

payment intended for the purchase of new airbags. Brand-new, a single bag can cost $1,000 or more. One job, in which the two main front airbags deploy, could net a crook several thousand dollars.

It's not impossible for these used airbags to work, according to the AORC, but there are significant concerns: "Airbags may have been exposed to conditions, such as excessive heat or floodwaters [electrical and safety systems could be compromised], that can result in unacceptable performance. There is currently no test to verify that such exposure has not occurred and that the airbags will perform acceptably."

New vehicles must meet federal safety standards, but previously owned vehicles aren't subject to similar scrutiny. "Except in a few states, there's no law requiring that deployed airbags be replaced, other than your garden-variety fraud statute," says Rosemary Shahan, founder of Consumers for Auto Reliability and Safety (CARS).

Remember Bobby Ellsworth's friend Waylon Blocker? His parents asked

172                          READER'S DIGEST rd.com 02/08

ILLUSTRATED BY JASON LEE

an acquaintance, Arnold Parra, to get a truck for their son at a salvage auction. The truck had been in a previous front-end collision in which the airbags had deployed, according to the Ellsworths' lawyer, Julia Haus. She contends in a suit against Parra that he would have known that because he rebuilt the wrecked truck. Parra is currently facing multiple lawsuits in this case; he's been charged with wrongful death and gross negligence.

Parra's lawyer, Robert Bonito, says his client is not culpable, that he didn't know the airbags had deployed. "The vehicle came with the airbag compartments sealed," he says. "No one knows how they got stuffed with paper."

### Missing Facts

Consumers currently have no way of knowing the full history of a used car. Before buying, many turn to services such as Carfax and AutoCheck, which report whether the vehicle was in an accident or flood or was stolen, or if the airbags ever deployed. Consumer advocates, however, warn that those databases don't always receive the most up-to-date information. One reason: Insurance companies and some DMVs won't share damage claims data with the history services.

Lisa Thompson discovered how costly a reporting delay can be. In April 2006 she and her 19-year-old son, Chris, found a car on craigslist. The seller told Chris another potential buyer's mechanic had inspected the car. Chris test-drove it and ran a Carfax report. "Everything checked out great," says Thompson.

The car broke down the day after they bought it. Their mechanic told them it was a rebuilt wreck that would require $4,000 worth of repairs. So what went wrong? Chris took the seller at his word, and Carfax hadn't yet received documentation that the car had been totaled in a previous accident.



**Is It Working?**

**When you turn on your car's ignition,** the airbag system undergoes a self-diagnostic check. In most vehicles, a dashboard light comes on briefly, then goes out. If the light doesn't come on, or if it comes on and stays on, have a certified airbag mechanic take a look. To find one, Google "ASE Blue Seal Recognition Program."

Get familiar with how the cover looks and feels. If you need to have airbags replaced after an accident, the color of the new cover should be more vibrant than the rest of the interior. If it's faded, or if the color doesn't match, you may have received a salvaged airbag.

**IMPORTANT** Don't open the airbag compartment yourself. You could be injured or damage the airbag system.

BRUCE BENEDICT/TRANSTOCK/CORBIS

173

The issues, Thompson learned, weren't just mechanical: "The driver's airbag was a salvaged one that the guy had slapped in there, but he never replaced the system's computer, so the airbag wasn't functional." To cover his deceit, the seller removed the dashboard warning light that would have signaled something was amiss.

The seller was slick but was no match for Thompson, a crime analyst for the Concord, California, Police Department. It took eight months for her to track down the original owner who'd sold the car as salvage after wrecking it. He provided information and photos that helped Thompson win a judgment against the crook who rebuilt and sold her car.

### Fighting Back

No question, consumers must be vigilant. For starters, motorists should demand that their legislators pass tough laws making it a specific crime to knowingly install fake or nonfunctioning airbags in vehicles. "Airbag scams are literally life-and-death swindles that can kill people on a routine trip to the grocery store," says Quiggle of the Coalition Against Insurance Fraud. "Every driver should step into a car knowing they have one of the most important safety defenses in place, the airbag."

Further compounding the risk: There's no uniformity in how states define salvaged or junked vehicles. That creates an opportunity for dishonest dealers and rebuilders to have titles "washed" of their relevant history by moving a vehicle from state to state.

The National Motor Vehicle Title Information System (NMVTIS) is designed to put a stop to this illegal activity. Authorized in 1992, NMVTIS allows states to instantly verify titles electronically. That means a car declared a total loss in one state cannot have its title washed of that label in another.

Currently, 34 states supply information to NMVTIS; of those, only 13 have computer systems set up to access the data immediately. But every state needs to implement the system to effectively eliminate title fraud. Otherwise, the 16 states (and the District of Columbia) that are not par-

---

**After an Accident**

The National Insurance Crime Bureau advises you to:

① Use a reputable auto collision repair shop that employs mechanics certified by the National Institute for Automotive Service Excellence (ASE).

② Check the invoice to ensure the repair shop purchased the airbag from the manufacturer.

③ Inspect the airbag before installation. It should be packaged in a sealed container from the manufacturer.

④ If you suspect fraud or theft, call the National Insurance Crime Bureau's hotline: 800-835-6422.

ticipating will continue to be disproportionately targeted by con artists. "It's unbelievable that it has taken 16 years to get this far, given the stakes for families," says Rosemary Shahan of CARS.

Adds Jason King of the American Association of Motor Vehicle Administrators, "It's important for consumers to know that vehicle fraud crimes, whether they involve airbag fraud, title washing or something else, are high profit and very low risk for criminals. If consumers had a fully implemented title information system in every state, we could help save them between $4 billion and $11 billion. That's a huge benefit for a system that would cost no more than $11 million to fully implement."

Last year, at the urging of legitimate auto dealers who want to ensure they're not putting families in unsafe used cars, companion bills were introduced in the House and Senate. This legislation requires that totaled, flood-damaged and stolen cars be permanently recorded in vehicle history databases and that insurance companies consistently report cases of airbag deployment to the public. Congress plans to take up the issue in the spring.

"What's frustrating," says Quiggle, "is that innocent people will keep dying until fraud fighters can uncover enough hard data to make airbag schemes an urgent national safety issue."

Watch videos on the victims and con artists, and learn more about how to stop this scam, at rd.com/airbags.