IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., | Case No. CV 08-0833 (MHP) |
| CONSUMERS FOR AUTO RELIABILITY AND SAFETY, and | **DECLARATION OF JULIA GRAFF** |
| CONSUMER ACTION, | |
| Plaintiffs, | |
| v. | |
| MICHAEL MUKASEY, Attorney General of the United States, | |
| Defendant. | |

**DECLARATION OF JULIA GRAFF**

I, Julia Graff, hereby declare as follows:

1. I live at 10507 Democracy Lane, Potomac, Maryland 20854.

2. I am a member of Public Citizen. I am making this declaration in support of Public Citizen's lawsuit, on behalf of its consumer members, to compel the federal government to implement the National Motor Vehicle Title Information System.

3. I am planning to buy a used car. When I purchase a car, I want to know as much as possible about the car's history, particularly whether the car has ever been stolen or deemed a "junk" or "salvage" vehicle. I am aware that Congress passed a law in 1992 requiring the federal government to establish a publicly accessible database

DECLARATION OF JULIA GRAFF  Page 1

containing this kind of information, which is supposed to be collected from states, junk and salvage yards, and insurance carriers, and that government has still not established the database. I am deeply concerned that the government's failure to implement the database deprives me of access to important safety information that I would otherwise be legally entitled to receive.

4. I am also very concerned that the government's failure to establish the National Motor Vehicle Title Information System—and specifically, to provide consumer access to the system and collect information from junk yards and insurers—will increase the risk to me and others of purchasing an unsafe or unreliable vehicle. Because of the news coverage surrounding flood-damaged vehicles in the aftermath of Hurricane Katrina, I am aware of the process of "title-washing," by which people take junked, salvaged, or otherwise damaged vehicles and re-title them in states with looser requirements, leaving consumers unaware of those vehicles' histories. I am particularly concerned that the government's failure to establish the database makes it more likely that I will be exposed to title-washing and similar types of auto fraud and that the car I purchase might actually end up being worth less than it seems. I know that there are commercial vehicle-history services, such as CARFAX, but I also know that there are gaps in the data provided by those services because they do not have the same authority to require insurers, junk yards, and states to report information that the government would have.

5. In sum, I believe that the government's failure to implement a vehicle-history database is denying me access to important safety information to which I would like to have access and to which I am legally entitled, and is exposing me to an

DECLARATION OF JULIA GRAFF   Page 2

unacceptable risk of economic and physical harm associated with unsafe and unreliable automobiles.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, DC on August 18, 2008.

_____
Julia Graff

DECLARATION OF JULIA GRAFF   Page 3