IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., <br><br> CONSUMERS FOR AUTO RELIABILITY AND SAFETY, and <br><br> CONSUMER ACTION, <br><br> *Plaintiffs,* <br><br> v. <br><br> MICHAEL MUKASEY, Attorney General of the United States, <br><br> *Defendant.* | Case No. CV 08-0833 (MHP) <br><br> **DECLARATION OF JOSEPH RIDOUT** |

## DECLARATION OF JOSEPH RIDOUT

I, Joseph Ridout, declare as follows:

1. I am Consumer Services Manager at Consumer Action. I work at Consumer Action's headquarters, located at 221 Main Street, Suite 480, San Francisco, CA 94105. I am making this declaration on behalf of Consumer Action and its members.

2. Consumer Action is a non-profit, membership-based consumer education and advocacy organization that has helped consumers make informed choices about buying used cars since the 1970s. During its more than three decades, Consumer Action has served consumers nationwide by advancing consumer rights,

DECLARATION OF JOSEPH RIDOUT Page 1

referring consumers to complaint-handling agencies through our free hotline, publishing multi-lingual educational materials, and advocating for consumers in the media and before lawmakers. In addition to our San Francisco headquarters, Consumer Action maintains offices is Los Angeles and Washington, DC.

3. Since Consumer Action's inception in 1971, helping individuals navigate the used-car buying process has been integral to our mission. In the mid-1970s, Consumer Action held "Lemonstrations" to alert the public about defective vehicles being sold through auto dealerships. Today, Consumer Action writes and distributes numerous free publications about automotive issues, and makes these publications available in up to 8 different languages for consumers. The most popular offerings include our brochures, "California's Car Buyer's Bill of Rights," "Get a Car Loan: That's in Your Best Interest," "California's Lemon Law, Protection for New and Used Car Buyers," and "California Low Cost Auto Insurance Program."

4. For example, currently on the front page of our website we feature an article providing tips on "How to Buy a Car on Craigslist." The article specifically advises consumers to attempt to determine whether the car they are considering purchasing is a salvage title car. It explains that salvage title cars can cause serious problems for consumers including the unavailability or increased cost of insurance coverage, diminished resale value, and serious safety risks.

5. Consumer Action joined in this litigation because we are very troubled by the consequences, both to us and to our members, of the federal government's failure to implement the National Motor Vehicle Title Information System (NMVTIS). One consequence is that a consumer trying to determine whether a car is a salvage title car,

DECLARATION OF JOSEPH RIDOUT Page 2

to avoid the problems noted above, has no instant and reliable means of doing so. The information necessary to make that determination is scattered among various state motor-vehicle departments, private insurance companies, and junk and salvage yards. Without NMVTIS, consumers have access to only some of that information at best.

6. We at Consumer Action are especially troubled by the government's failure to discharge its legal responsibility to make NMVTIS accessible to consumers and to require junk and salvage yards and insurance companies to report information to the system. The most notable consequence from our standpoint is that our members are denied vital information about their safety to which they are legally entitled. That denial of information, in turn, exposes them to an unacceptable increased risk of economic and physical injury, including death, caused by unsafe and unreliable automobiles.

7. Consumer Action itself is also directly injured by the government's inaction. Consumer Action maintains a free consumer hotline, and is frequently contacted directly by consumers via phone or e-mail who want to be able to get reliable information on the history of motor vehicles that they are considering purchasing. Consumer Action is listed by California's Department of Consumer Affairs and other government agencies as a resource for the public, among them a resource on how to buy a car economically and safely. Consumer Action devotes much of its resources to responding to these inquiries.

8. Since the beginning of our hotline, complaints about used cars have been one of the top three complaints Consumer Action has received from consumers in most years, including the past year. We believe that many consumers who suffer

DECLARATION OF JOSEPH RIDOUT Page 3

economic injury due to deceptive tactics by a seller would have been able to avoid this had they been able to access the NMVTIS database to which they are legally entitled. The government's inaction thus directly interferes with Consumer Action's ability to successfully accomplish its goals, particularly its ability to assist consumers with car-buying decisions and to gather, analyze, and disseminate important safety information to its members and the car-buying public. Implementation of NMVTIS will not only greatly enhance Consumer Action's ability to provide such assistance, but will allow us to reassign our scarce resources to other tasks that will more effectively fulfill our core mission of informing consumers of their rights, responsibilities, and options when buying a vehicle.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on August 26, 2008.

_____
Joseph Ridout

DECLARATION OF JOSEPH RIDOUT Page 4