IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., <br><br>CONSUMERS FOR AUTO RELIABILITY AND SAFETY, and <br><br>CONSUMER ACTION, <br><br>    *Plaintiffs,* <br><br>    v. <br><br>MICHAEL MUKASEY, <br>Attorney General of the United States, <br><br>    *Defendant.* | Case No. CV 08-0833 (MHP) <br><br>**DECLARATION OF <br>RICARDO T. PEREZ** |

## DECLARATION OF RICARDO T. PEREZ

I, Ricardo T. Perez, hereby declare as follows:

1. I live at 455 El Camino Real #303, South San Francisco, California 94080.

2. I am a member of Consumer Action. I am making this declaration in support of Consumer Action's lawsuit, on behalf of its consumer members, to compel the federal government to implement the National Motor Vehicle Title Information System.

3. I plan to buy a used car. When I buy a car, I want to know as much as possible about the car's history, particularly whether the car has ever been stolen or deemed a "junk" or "salvage" vehicle due to damage from a collision, a flood, or for some

DECLARATION OF RICARDO T. PEREZ Page 1

other reason. I am aware that Congress enacted a law in 1992 that requires the federal government to establish a publicly accessible database containing this kind of information, which is supposed to be collected from states, junk and salvage yards, and insurance carriers, but that the government has still not established the database.

4. I am concerned that the government's failure to implement the database deprives me of access to important safety information to which I am entitled. I am also concerned that the government's delay increases the risk that I will purchase an unsafe or unreliable vehicle and thereby be exposed to economic and physical injury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, CA on August 26, 2008.

_____
Ricardo T. Perez

DECLARATION OF RICARDO T. PEREZ Page 2