IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., <br><br>CONSUMERS FOR AUTO RELIABILITY AND SAFETY, and<br><br>CONSUMER ACTION,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>MICHAEL MUKASEY,<br>Attorney General of the United States,<br><br>      *Defendant*. | Case No. CV 08-0833 (MHP)<br><br>**DECLARATION OF<br>MARK H. STEINBACH** |

**DECLARATION OF MARK H. STEINBACH**

I, Mark H. Steinbach, hereby declare as follows:

1. I live at 2816 McKinley Place, N.W., Washington, D.C. 20015. I make this declaration in support of the plaintiffs' motion for summary judgment in this action.

2. I have been a member of Consumers for Auto Reliability and Safety for at least 12 years. I also am a member of Public Citizen, Inc. and began contributing to it in 1981. I am in the market for a used vehicle, as described more fully below.

3. I also am an attorney in private practice. My first job after graduating from law school in 1974 was with the Center for Auto Safety in Washington, D.C. The Center then, as now, was a non-profit advocacy organization working to advance motor vehicle

safety. I was assigned as a staff attorney to its Highway Safety Project. During my three years at the Center, I viewed many films involving auto accidents and motor vehicle crash tests and became acutely aware of the dangers posed by unsafe automobiles, including those which had been wrecked, repaired and put back into the stream of commerce. Since 1982, my private law practice has focused on the representation of consumers who have experienced problems with motor vehicles. Over the last 26 years, I have represented thousands of consumers in individual actions, group actions (such as those for the Fiero Fire Fighters, the Disgruntled Diesel Owners' Group and the Audi Victims Network) and class actions.

    4.    Over the years on behalf of my clients, I have investigated dozens of cases involving wrecked cars that were sold without disclosure of their prior condition. Through these cases, through discussions with knowledgeable body-shop and other industry experts and through attendance at professional conferences involving industry practices of reselling wrecked and/or flooded vehicles without disclosure, I have become acutely aware of the safety and reliability problems posed by the huge numbers of vehicles which are crashed each year or caught in floods. I cannot put these concerns out of mind when considering my own upcoming purchase of a used vehicle.

    5.    My wife and I would like to replace our 2003 Subaru station wagon within the next few years. We want to find a reliable used four-wheel drive vehicle suitable for traversing both beaches (my wife loves to fish) and mountains (we both love to hike). Given the recent decline in sale prices for larger four-wheel vehicles due to high gas prices, this would be an optimum time to make such a purchase. Yet because I am acutely aware of the problems in verifying the true history of a used motor vehicle, we

DECLARATION OF MARK STEINBACH   Page 2

are apprehensive about making such a purchase from a car dealer or other person we do not know and trust. Over the years, the only used vehicles we have acquired have been from family members where the true history of the vehicle has been available to us; otherwise, we have purchased new vehicles.

6. It is extremely frustrating to me, and to millions of other consumers, that there is no government-sponsored, comprehensive and reliable database which we can consult to obtain the necessary comfort level with a used vehicle purchase. The unavailability of such a database undermines the used car market and depresses used vehicle prices. More particularly, my inability to access the information that should have been made available years ago through the National Motor Vehicle Title Information System (NMVTIS) has led me to avoid used vehicle purchases in the past and continues to inhibit our search for a suitable vehicle.

7. I am very familiar with NMVTIS, which was mandated by Congress in 1992 but has still not been fully implemented or made accessible to consumers in any respect. As a representative of Consumers for Auto Reliability and Safety, I attended a November 8, 2005 meeting in Fairfax, Virginia of industry experts gathered to discuss federal legislation proposed by the American Rebuilders Association (ARA) to address the problems posed by resale of wrecked and flooded vehicles to unsuspecting buyers because of widespread title-washing problems. In addition to representatives from ARA, this meeting was attended by representatives of the American Association of Motor Vehicle Administrators, the Institute of Scrap Recycling Industries, the North American Export Committee, LKQ Corp. from California and others concerned with these issues. I also attended the November 16, 2005 hearing on "Protecting the

DECLARATION OF MARK STEINBACH   Page 3

Consumer from Flooded and Salvage Vehicle Fraud" held by the U.S. Senate Commerce Committee, Subcommittee on Consumer Affairs, Product Safety and Insurance, at which a number of industry and consumer representatives testified regarding the need to address the serious problem of title-washing and sale of wrecked or flooded cars to unsuspecting buyers. As a member of the Board of Directors of the Maryland Consumer Rights Coalition, a non-profit grass roots consumer education and advocacy organization, I studied the settlement State Farm reached with state attorney generals a few years ago, after State Farm admitted selling at least 30,000 vehicles without salvage titles.

8.  This country has paid a high price for its lack of a fully implemented, fully functional NMVTIS database. In a 2001 study prepared for the U.S. Department of Justice, the Logistics Management Institute determined that ***annual*** savings of some $4 billion to $11.3 billion dollars would have been realized had NMVTIS been fully implemented. (Logistics Management Institute, *National Motor Vehicle Title Information System Cost-Benefit Analysis*, Project Report NJ004S2 (June 2001)).

9.  These estimates understate the true savings. Since the time of this study, weather has brought us a series of floods, which in 2005 alone produced 570,000 flood-damaged vehicles. *See* http://www.aamva.org/TechServices/App/Serv/NMVTIS/. Floods cause an average of $6 billion in property losses every year. *See* http://www.usgs.gov/hazards/floods/.

10. From my experience at the Center for Auto Safety and in my private law practice, I have seen first hand the serious and often disabling impact which consumers suffer when they unwittingly purchase a flood-damaged or salvaged vehicle. I cannot

DECLARATION OF MARK STEINBACH   Page 4

forget this hard-earned knowledge when considering my own purchase of a vehicle. While my wife and I strongly prefer to obtain the savings available through a used vehicle purchase, we weigh very seriously the danger of being stuck with a vehicle whose title has been washed by one of the many unscrupulous title-washing experts who profit every day the NMVTIS database is delayed.

11. Time and again, I have represented conscientious, intelligent consumers who also have been concerned about the history of a vehicle whose purchase they were considering. Some of them purchased a Carfax or Autocheck report only to learn too late, to their surprise and considerable dismay, that these private sources *do not* receive police accident reports from 23 states or from insurance companies about many significant accident claims or flood damage problems. The huge gaps in these reports enable unscrupulous dealers to cynically buy vehicles for a cheap price because of wreck damage, yet turn around and sell them without disclosure for full retail value if they know Autocheck and Carfax have not notated the damage. The worst of these dealers even present their customers with a vehicle history report showing the vehicle has a "clean" history, knowing all the while of serious damage that has been repaired.

12. One of the most worrisome problems for me and many others is the risk of buying a previously-damaged vehicle that has been shoddily repaired. I know from my days at the Center for Auto Safety how vehicles are designed to crumple in order to protect the passengers within. Even scrupulous and sophisticated rebuilders who put salvaged vehicles back together again have an extremely difficult time doing so in a way that matches the safety built into these cars at the factory. More worrisome is the reality that many rebuilders are neither scrupulous nor sophisticated and have huge economic

DECLARATION OF MARK STEINBACH   Page 5

incentives to cut corners, to save time and money, leaving the unwitting buyer at a substantial risk of catastrophic injury or death in the event of a subsequent collision.

13. Another serious problem is the economic loss imposed on the unsuspecting buyer of a salvaged car. Once it becomes known that a vehicle has a salvage title or was previously totaled by an insurance company, the market value of that vehicle plunges. Yet most buyers are still stuck paying their car loans for a vehicle that is no longer worth what they paid for it. Many of those who buy salvaged vehicles are those least able to absorb the financial shock that attends discovery of a salvage title.

14. The solution to the problems I have seen in my practice is the full and fair implementation of the NMVTIS database. Implementation will provide a much welcomed boost to the used car market, where prices for undamaged cars will go up and prices for the damaged or flooded vehicles will go down. Free markets work best when transactions have transparency and both buyer and seller reliably understand such basic information about a vehicle as whether it has even been in a flood. There will be huge benefits for law enforcement as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, DC on August 20, 2008.

*/s/ Mark H. Steinbach*

Mark H. Steinbach

---

DECLARATION OF MARK STEINBACH    Page 6