IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., ) <br> ) <br> CONSUMERS FOR AUTO RELIABILITY ) <br> AND SAFETY, and ) <br> ) <br> CONSUMER ACTION, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MICHAEL MUKASEY, ) <br> Attorney General of the United States, ) <br> ) <br> *Defendant.* ) <br> _____) | Case No. CV 08-0833 (MHP) <br><br> **DECLARATION OF** <br> **JOAN CLAYBROOK** |

**DECLARATION OF JOAN CLAYBROOK**

I, Joan Claybrook, declare as follows:

1. I am the president of Public Citizen, a position I have held since 1982. Prior to that, I was Administrator of the National Highway Traffic Safety Administration from 1977 to 1981. I am making this declaration on behalf of Public Citizen and its members.

2. Public Citizen is a nationwide consumer advocacy organization founded in 1971 with a current membership of approximately 90,000. Public Citizen advocates before Congress, administrative agencies, and the courts for strong and effective safety regulations and for policies that ensure consumers' access to critical information about

DECLARATION OF JOAN CLAYBROOK   Page 1

their safety. Auto safety has been a top priority for Public Citizen since the organization's founding. Public Citizen works to improve auto safety by lobbying Congress to pass legislation, monitoring the federal government to be sure it carries out the will of Congress, gathering and disseminating information on auto-safety issues, conducting public awareness campaigns, and participating in lawsuits to force government action.

3. Since its founding, Public Citizen has been instrumental in bringing about dramatic improvements in the laws and regulations that affect auto safety. A few examples of Public Citizen's accomplishments in this area include waging a successful public and legislative campaign to urge Congress to enact legislation establishing energy conservation and fuel economy standards in 1975; helping to bring about legislation to require head-injury protection and air bags in all passenger vehicles in 1991, as well as limiting longer combination trucks to states in which they already could operate; and leading a group of organizations in a campaign to convince Congress to include key safety-enhancing provisions in the Transportation, Recall Enhancement, Accountability and Documentation Act in 2000 and the Safe, Accountable, Flexible, Efficient Transportation Equity Act in 2005.

4. Public Citizen played a pivotal role in bringing about the enactment of the provisions of the Anti-Car Theft Act of 1992 requiring the federal government to create the National Motor Vehicle Title Information System (NMVTIS).

5. Public Citizen championed the implementation of NMVTIS in 1992, as it does now, because the lack of instant and reliable access to motor-vehicle history information on the part of American consumers—including Public Citizen's

DECLARATION OF JOAN CLAYBROOK   Page 2

members—increases the likelihood of auto fraud and creates an unacceptably high risk that consumers will suffer economic injury, physical injury, or death as a result of unknowingly purchasing and operating unsafe vehicles. Public Citizen filed this lawsuit because it is concerned that the federal government's failure to fully implement NMVTIS within the timeframe set by Congress has exacerbated and prolonged these serious safety risks for its members, and for all American consumers. Without a centralized, national database that includes information gathered from both public and private sources, consumers cannot know with confidence whether a vehicle has been salvaged, junked, or stolen, and those who commit fraud and theft are able to easily obscure a vehicle's true history.

      6.     Senator Charles Schumer of New York, a leading congressional sponsor of NMVTIS, has supported Public Citizen's efforts to compel the federal government to implement the system. On the day this lawsuit was filed, Senator Schumer issued the following statement:

> We all know that you can't always judge a book by its cover and the same is true with many used cars that end up at junk and salvage yards. Consumers deserve to know the true origin and condition of the vehicles they are purchasing, including whether that car was once stolen.
>
> It is simple: for sixteen years, the Department of Justice and junk yards have been eschewing their responsibility to consumers, law enforcement, and the public by ignoring their mandate to routinely file the required reports. It is about time that all parties were forced to comply with what I believe is a common sense measure to fight auto theft and to protect the public from fraud. I am encouraged by Public Citizen's efforts on this case, and I hope that this important law will finally be enforced as it should have been from day one.

      7.     As part of its advocacy and consumer protection work, Public Citizen frequently compiles and analyzes information on auto safety, which it distributes to its

DECLARATION OF JOAN CLAYBROOK   Page 3

members, policymakers, and the general public. The federal government's failure to implement NMVTIS inhibits Public Citizen's ability to carry out these functions by depriving both Public Citizen and its members of critical safety information to which they would otherwise be entitled.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, D.C., on September 2, 2008.

                                    */s/ Joan Claybrook*

                                _____

                                Joan Claybrook

DECLARATION OF JOAN CLAYBROOK   Page 4