IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., ) <br><br>CONSUMERS FOR AUTO RELIABILITY ) <br>AND SAFETY, and ) <br>   ) <br>CONSUMER ACTION, ) <br>   ) <br>    *Plaintiffs*, ) <br>   ) <br>    v. ) <br>   ) <br>MICHAEL MUKASEY, ) <br>Attorney General of the United States, ) <br>   ) <br>    *Defendant*. ) <br>_____ ) | Case No. CV 08-0833 (MHP) <br><br>**DECLARATION OF <br>WILLIAM L. BRAUCH** |

**DECLARATION OF WILLIAM L. BRAUCH**

I, William L. Brauch, hereby declare as follows:

1.  I live at 3313 38th Street, Des Moines, Iowa 50310.

2.  I am an attorney employed by the Iowa Attorney General's Office. I am currently a Special Assistant Attorney General and Director of the Consumer Protection Division of the Iowa Attorney General's Office and have been in that position since March, 1995. Immediately prior to my current position I was an Assistant Attorney General in the same office and Division, specializing in enforcing federal and state laws addressing consumer fraud in connection with the sale or advertisement of motor vehicles, including the federal Odometer Act, the Iowa Consumer Fraud Act, the Iowa

Motor Vehicle Service Trade Practices Act (auto repair estimate law), and the Iowa Lemon Law, and held that position from July, 1987 to March, 1995.

3. In addition to prosecuting civil and criminal enforcement actions on behalf of the State of Iowa to recover losses for consumers, injunctive relief and civil or criminal penalties, I have been quite active in federal and state legislative efforts relating to motor vehicle sales and advertising, particularly relating to the sale of used vehicles with undisclosed prior salvage, damage, flood or other detrimental history. I was the author of Iowa's motor vehicle damage disclosure law, Iowa Code section 321.69, enacted in 1992. I have testified on several occasions before Congressional Committees and Subcommittees regarding federal legislation relating to the sale of used vehicles with salvage, flood, rebuilt and other history detrimental to the market values of such vehicles. My first testimony was offered in the early 1990's. I testified again in the late 1990's. My most recent testimony was offered to a Senate Subcommittee in 2005.

4. In all of my Congressional testimony I have emphasized the urgent need for the federal government to act to prevent American used car buyers from unwittingly being sold vehicles which had once been titled as salvage, flood, or rebuilt, or which had been declared to be total losses by insurance companies. I noted that the market values of such vehicles are substantially less than the same year, make and model vehicles without such prior history and that, because repairs to the vehicles are often poorly done, the vehicles may present substantial safety hazards to drivers, their passengers, and others they encounter on America's roadways.

5. I have long advocated for implementation of the National Motor Vehicle Title Information System ("NMVTIS") as a tool that will do much to help consumers avoid

DECLARATION OF WILLIAM L. BRAUCH Page 2

buying these vehicles, and as an aid to law enforcement in tracking the histories of these vehicles.

6. The failure of the federal government to implement NMVTIS, now over ten years after the deadline set by Congress, has undoubtedly caused substantial harm to America car buyers in that the lack of information NMVTIS could have conveyed resulted in them paying much more for these vehicles than actual values and may have contributed to injuries caused by structural and mechanical failures due to shoddy repairs.

7. As a state law enforcement official who has specialized in the motor vehicle enforcement area for over 21 years, I know the substantial value an implemented NMVTIS will provide to American consumers and consumer protection officials. It is long past time for the federal government to fully implement it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Des Moines, IA on August 30, 2008.

*William L. Brauch*
William L. Brauch

---

DECLARATION OF WILLIAM L. BRAUCH Page 3