IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., | Case No. CV 08-0833 (MHP) |
| CONSUMERS FOR AUTO RELIABILITY AND SAFETY, and | **DECLARATION OF ROSEMARY SHAHAN** |
| CONSUMER ACTION, | |
| *Plaintiffs*, | |
| v. | |
| MICHAEL MUKASEY, Attorney General of the United States, | |
| *Defendant.* | |

**DECLARATION OF ROSEMARY SHAHAN**

I, Rosemary Shahan, declare as follows:

1. I am the President of Consumers for Auto Reliability and Safety (CARS). On behalf of CARS and its members, I make this declaration in support of the plaintiffs' motion for summary judgment and in opposition to the defendant's motion for judgment on the pleadings.

2. CARS is a Sacramento, California-based non-profit safety and consumer-advocacy organization dedicated to preventing motor-vehicle-related fatalities, injuries, and economic losses. CARS has spearheaded the enactment of many landmark legislative measures to protect California and U.S. automobile consumers,

including provisions to improve and strengthen California's auto "lemon law," expand the law to include protection for small businesses, and prohibit the imposition of "gag" agreements on owners of defective vehicles repurchased by manufacturers or dealers. CARS has also successfully advocated for red-light-camera enforcement, cell-phone-usage laws, pedestrian safety, and curbing fraud involving unsafe vehicles.

3. As President of CARS, I have been repeatedly invited to testify before Congress on behalf of the car-buying public regarding auto purchasing scams. In the aftermath of Hurricanes Katrina, Wilma, and Rita, I was invited to testify before the U.S. Senate Commerce Committee Subcommittee on Consumer Affairs, Product Safety, and Insurance regarding the nationwide distribution of flood-damaged cars following those disasters, as well as vehicle-titling and auto salvage fraud issues more generally. (My testimony is attached as an exhibit to this declaration.) During the first Bush Administration, I represented the public interest in negotiations with the auto industry convened by the U.S. Federal Trade Commission over state "lemon laws." I currently serve as a public member on the California Bureau of Automotive Repair Advisory Board, on which I also served as a gubernatorial appointee from 1982—1986. In my capacity as President of CARS, I have also repeatedly been re-elected to the Board of Directors of the Consumer Federation of America (CFA), which is comprised of more than 300 non-profit organizations representing a combined membership of more than 50 million consumers. For over a decade, I have served as the Chairperson for CFA's Committee on Transportation.

4. CARS is participating in this case because it is deeply concerned about the continuing harmful effects to itself, its members, and the general public caused by

DECLARATION OF ROSEMARY SHAHAN Page 2

the federal government's failure to implement the National Motor Vehicle Title Information System (NMVTIS). CARS is particularly concerned about the consequences of the government's failure to fulfill its statutory obligations to provide consumer access to NMVTIS and to require reporting of information by insurers and junk and salvage yards. As described in other affidavits submitted along with this one, CARS' members are being injured by the government's failure to act because they are being deprived of extremely valuable auto safety information to which they are legally entitled and because the lack of this information exposes them to an unacceptable increased risk of physical and economic injury from unsafe and unreliable automobiles. Moreover, as explained below, CARS itself is injured because the government's inaction interferes with CARS' ability to successfully accomplish its goals, particularly its ability to assist consumers with their purchasing decisions and to gather, analyze, and disseminate important safety information to its members and the car-buying public.

     5.    CARS devotes a significant amount of its time and resources to providing information to prospective automobile purchasers about the hazards of totaled vehicles, through its website and through news reports generated among national and regional news organizations. But for the government's failure to act, CARS would be able to seek data from NMVTIS to provide accurate, up-to-date information to federal and state legislators, regulators, the news media, and the general public. Access to the data provided by NMVTIS would improve CARS' ability to accomplish our mission, including saving lives, preventing injuries, and reducing economic losses due to salvage fraud.

DECLARATION OF ROSEMARY SHAHAN Page 3

6. In addition, CARS is frequently contacted directly by consumers who want to be able to get reliable information on the history of motor vehicles that they are considering purchasing. CARS is listed by California's Department of Consumer Affairs as a resource for the public, particularly for owners of seriously defective vehicles, along with the National Highway Traffic Safety Administration and various other state and federal agencies. CARS devotes a significant proportion of its resources to responding to these inquiries. Implementation of NMVTIS will not only greatly enhance CARS' ability to provide such assistance, but will allow us to reassign our scarce resources to other tasks that will more effectively fulfill our mission of enhancing auto reliability and safety.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed at Davis, California, on August 21, 2008.

*/s/ Rosemary Shahan*

_____

Rosemary Shahan

DECLARATION OF ROSEMARY SHAHAN Page 4