UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PUBLIC CITIZEN, INC.,
CONSUMERS FOR AUTO
RELIABILITY AND SAFETY,
and CONSUMER ACTION,

   *Plaintiffs*,

v.

MICHAEL MUKASEY,
Attorney General of the United States,

   *Defendant*.

No. CV 08-0833 (MHP)

[PROPOSED] ORDER

  After considering the parties' Joint Notice of Scrivener's Error, the Court hereby amends its October 9, 2008 Memorandum and Order (Doc. 50) to replace the "January 9, 2009" on page 3, line 19 with "January 30, 2009." This change is made to reflect that Defendant has been ordered to publish the final rule in the Federal Register and provide consumer access to NMVTIS by January 30, 2009.

**IT IS SO ORDERED.**

DATED: 10/20/2008

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*