1

DEEPAK GUPTA
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel.: (202) 588-1000
Fax: (202) 588-7795
Email: dgupta@citizen.org

ERICA L. CRAVEN GREEN
Law Offices of Erica L. Craven Green
P.O. Box 460367
San Francisco, California 94146-0367
Telephone: (415) 572 9028
Email: ecravengreen@gmail.com

*Attorneys for Plaintiffs*

TONY WEST
Assistant Attorney General
SANDRA M. SCHRAIBMAN
Assistant Branch Director
RAPHAEL O. GOMEZ
Senior Trial Counsel
PETER D. LEARY
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7322
Washington, DC 20044
(202) 514-3313
(202) 318-7612 (fax)
Email: peter.leary@usdoj.gov
*Attorneys for Defendant*

2

3

4

5

6

7

8

9

10    UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

11

12    PUBLIC CITIZEN, INC., *et al.*

13                          *Plaintiffs*,

14                 v.

15    ERIC H. HOLDER, JR.,
                          *Defendant*.

16

)
)
)
)
)
)
)
)
)
)

No. CV 08-0833 (MHP)

**STATUS REPORT,
JOINT STIPULATION AND
PROPOSED ORDER**

17

18

19

20

21

22

23

24

25

26

27

28

1    The Parties submit this Status Report and Joint Stipulation to update the Court regarding
2    compliance with the Court's September 30, 2008 Order and stipulate to an extension for the grace
     period related to California.

3    As this Court is aware, the Parties have been working jointly for months to ensure that
4    prospective purchasers of automobiles are provided with instant and reliable access to the titling
5    information California maintains and provides to the National Motor Vehicle Title Information
6    System (NMVTIS). In their December 31, 2009 Status Report, the Parties identified a pair of
7    outstanding issues that needed to be addressed: (1) California was building its batch provision of data
8    to the NMVTIS operator, the American Association of Motor Vehicle Administrators (AAMVA),
9    without the required capability to provide motor vehicle title updates or deletions/corrections and
10   without committing to a time frame for doing so, and (2) California was negotiating a memorandum
11   of understanding (MOU) with AAMVA that would govern the dissemination of California's motor
12   vehicle title data to NMVTIS, but the MOU was not finalized. Accordingly, the Parties jointly
13   stipulated that the Grace Period should be extended to California to no later than January 20, 2010,
14   so that the Parties may gather more information concerning California and explore whether the
15   situation can be resolved without the involvement of the Court.

16   The Parties, California and AAMVA have spent the last three weeks working to address the
17   aforementioned matters. With respect to the first issue, an agreement has been reached that will
18   allow consumers to access NMVTIS information on motor vehicles titled in California while the
19   remaining requirements of the NMVTIS upload specifications are implemented. See Attachment
20   1. The Parties, California and AAMVA expect that consumer access to NMVTIS information on
21   motor vehicles titled in California will begin in the first week of February. Accordingly, the Parties
22   jointly stipulate that the Grace Period should be extended with respect to California until no later
23   than February 8, 2010 to allow for the necessary technical modifications to allow consumer access.

24   With respect to the second issue, California and AAMVA have notified the Parties that they
25   are not planning to enter an MOU at this time, but they do no not anticipate this lack of an MOU will
26   impact the beginning of consumer access in the first week of February. California has also advised

27

28   *Public Citizen, et al. v. Holder*, No. CV 08-0833 (MHP)
     Status Report, Joint Stipulation and Proposed Order

                                          - 1 -

DOJ that it plans to notify AAMVA of certain unspecified conditions related to its participation in

1 NMVTIS and the sharing of NMVTIS information on motor vehicles titled in California. Because

2 DOJ and Plaintiffs are unaware of what these conditions will be, the Parties cannot be certain what

3 impact, if any, they may have on the agreement described herein.

4 For the foregoing reasons, the Parties stipulate that the Grace Period described in Paragraph

5 Four of the Court's September 30, 2008 Order should be extended until no later than February 8,

6 2010 for California.

7

8 */s/ Peter D. Leary*
PETER D. LEARY
Counsel for Defendant

*/s/ Deepak Gupta*
DEEPAK GUPTA
Counsel for Plaintiffs

9

10 I, Peter Leary, as the electronic filer, attest that Deepak Gupta, whose name appears above,
has concurred in this filing.

11 */s/ Peter D. Leary*
PETER D. LEARY

12

13 PROPOSED ORDER

14 The Court orders that the Grace Period described in Paragraph Four of the Court's

15 September 30, 2008 Order shall be extended until no later than February 8, 2010 for California.

16

17 DATED:_____ _____

18 JUDGE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28 *Public Citizen, et al. v. Holder*, No. CV 08-0833 (MHP)
Status Report, Joint Stipulation and Proposed Order

- 2 -