DEEPAK GUPTA
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel.: (202) 588-1000
Fax: (202) 588-7795
Email: dgupta@citizen.org

MONIQUE OLIVIER
The Sturdevant Law Firm
A Professional Corporation
354 Pine Street
Fourth Floor
San Francisco, CA 94104
Tel: (415) 477-2410
Fax: (415) 477-2420
Email: molivier@sturdevantlaw.com

*Attorneys for Plaintiffs*

TONY WEST
Assistant Attorney General
SANDRA M. SCHRAIBMAN
Assistant Branch Director
RAPHAEL O. GOMEZ
Senior Trial Counsel
PETER D. LEARY
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7322
Washington, DC 20044
(202) 514-3313
(202) 616-8470 (fax)
Email: peter.leary@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.* <br> *Plaintiffs*, <br><br> v. <br><br> ERIC H. HOLDER, JR., <br> *Defendant*. | No. CV 08-0833 (MHP) <br><br> **PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE** |

In the above-captioned action, Plaintiffs brought suit against the Attorney General alleging that the Department of Justice (DOJ) had violated the Administrative Procedure Act by failing to: (1) establish a commencement date for the monthly reporting to the National Motor Vehicle Title Information System (NMVTIS) of vehicle-history information by insurance carriers and junk and salvage yard operators; (2) establish by regulation procedures to report that information; and (3) provide NMVTIS access to prospective car buyers.

On September 30, 2008, the Court granted Plaintiffs' Motion for Summary Judgment and ordered DOJ to: (1) provide instant and reliable consumer access to all reasonably necessary information present in NMVTIS no later than January 30, 2009; (2) publish a final rule establishing the procedures for reporting by insurance carriers and junk and salvage yards no later than January 30, 2009; and (3) establish a commencement date for that reporting no later than March 31, 2009.

The parties jointly inform the Court that dismissal of this case is appropriate at this time. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of this action with prejudice. The parties have reached a separate settlement with respect to costs and fees.

| /s/ Peter D. Leary | /s/ Deepak Gupta |
|---|---|
| PETER D. LEARY | DEEPAK GUPTA |
| Counsel for Defendant | Counsel for Plaintiffs |

I, Deepak Gupta, as the electronic filer, attest that Peter Leary, whose name appears above, has concurred in this filing.

/s/ Deepak Gupta

DEEPAK GUPTA

7/15/2010



IT IS SO ORDERED

Judge Marilyn H. Patel

*Public Citizen v. Holder*, No. CV 08-0833 (MHP)
Plaintiffs' Stipulation of Dismissal With Prejudice